1   Derek Taylor
    Assistant Attorney General
2   1116 West Riverside Avenue, Suite 100
    Spokane, WA 99201-1106
3   (509) 456-3123

4

5

6               **THE HONORABLE ROSANNA MALOUF PETERSON**

7               **UNITED STATES DISTRICT COURT**
                **EASTERN DISTRICT OF WASHINGTON**
8

9   TANNER STREICHER,                          NO. 2:17-cv-00428-RMP

                                Plaintiff,
                                               STIPULATION AND
10              v.                             ORDER OF DISMISSAL

11  EASTERN WASHINGTON
    UNIVERSITY and THE
12  EASTERNER, MARY CULLIAN in
    her official and individual capacity,
13  GAYLA THOMAS, in her official
    and individual capacity, JOLYNN
14  ROGERS, in her official and
    individual capacity, JULIE GRIFFIS,
15  in her official and individual capacity,
    CAREN LINCOLN, in her official
16  and individual capacity, NICOLE
    RUSE, in her official and individual
17  capacity, NATHAN PETERS in his
    official and individual capacity,
18  GARY GRAHAM, in his official and
    individual capacity,
19                               Defendants.

20       IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff,

21  TANNER STREICHER, acting by and through MARSHALL CASEY and

22  MATTHEW T. SHEA, and the Defendants, State of Washington, acting by and

STIPULATION AND ORDER OF
DISMISSAL

1

1    through Robert W. Ferguson, Attorney General, and DEREK TAYLOR,

2    Assistant Attorney General, that the above-entitled action as to Defendants

3    EASTERN WASHINGTON UNIVERSITY and THE EASTERNER, MARY

4    CULLIAN, GAYLA THOMAS, JOLYNN ROGERS, JULIE GRIFFIS, CAREN

5    LINCOLN, NICOLE RUSE, NATHAN PETERS and GARY GRAHAM may be

6    dismissed with prejudice and without costs, this matter having been fully settled

7    and compromised between the Plaintiff and Defendants Eastern Washington

8    University and The Easterner, Mary Cullian, Gayla Thomas, Jolynn Rogers, Julie

9    Griffis, Caren Lincoln, Nicole Ruse, Nathan Peters and Gary Graham.

10    The Court retains jurisdiction over the settlement agreement to enforce its

11    terms, which are incorporated into this as part of the order.

12    DATED this 6th day of February, 2019.

13    ROBERT W. FERGUSON                Approved as to form and content
14    Attorney General                  M. CASEY LAW, P.L.L.C.

15    ___s/Derek Taylor___              ___s/Marshall Casey___
      DEREK TAYLOR, WSBA No. 46944     MARSHALL CASEY WSBA No.
16    Assistant Attorney General        42552
      Attorneys for Defendants          MATTHEW T. SHEA, WSBA No.
17    1116 W. Riverside Ave. Suite 100  38145
18    Spokane, WA 99201-1106            1106 N. Washington, Suite B
      509-456-7665                      Spokane, WA 99201
19    derekt@atg.wa.gov                 509-368-9284
                                        marshall@mcaseylawfirm.com
20                                      matt@mcaseylawfirm.com

21

22

STIPULATION AND ORDER OF
DISMISSAL

2

1 **ORDER**

2 THIS MATTER having come before the undersigned judge of the above-

3 entitled Court, based on the foregoing stipulation, now, therefore,

4 IT IS HEREBY ORDERED That Defendants Eastern Washington

5 University and The Easterner, Mary Cullian, Gayla Thomas, Jolynn Rogers, Julie

6 Griffis, Caren Lincoln, Nicole Ruse, Nathan Peters and Gary Graham shall be

7 dismissed from the above-entitled action with prejudice and without costs or

8 interest to any party. The Court retains jurisdiction over the settlement agreement

9 to enforce its terms.

10 DONE IN OPEN COURT this _____ day of February, 2019.

11

12 _____
JUDGE ROSANNA MALOUF PETERSON

13 Presented by:                          Approved as to Form and
                                         Notice of Presentation Waived:
14 ROBERT W. FERGUSON
15 Attorney General                      M. CASEY LAW, P.L.L.C.

16     s/Derek Taylor                         s/Marshall Casey
17 DEREK TAYLOR, WSBA No. 46944    MARSHALL CASEY WSBA No.
   Assistant Attorney General       42552
18 Attorneys for Defendants         MATTHEW T. SHEA, WSBA No.
                                    38145
19                                  1106 N. Washington, Suite B
                                    Spokane, WA 99201
20                                  509-368-9284
21                                  marshall@mcaseylawfirm.com
                                    matt@mcaseylawfirm.com
22

3

STIPULATION AND ORDER OF
DISMISSAL

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123

**PROOF OF SERVICE**

1

2          I certify that I electronically filed this document with the Clerk of the Court

3   using the CM/ECF system which will send notification of such filing to the

4   following:

5                                    Marshall W. Casey, WSBA#42552
                                     Matthew T. Shea, WSBA#38145
6                                    1106 N. Washington, Suite B
                                     Spokane, WA 99201

7          I declare under penalty of perjury under the laws of the United States of

8   America that the foregoing is true and correct.

9          DATED this 6th day of February, 2019, at Spokane, Washington.

10

11                                    ___s/Derek T. Taylor_____
                                     DEREK TAYLOR, WSBA No. 39366
12                                   Assistant Attorney General
                                     1116 W. Riverside, Suite 100
13                                   Spokane WA 99201
                                     509-456-3123 - Telephone
14                                   509-458-3548 – Fax
                                     derekt@atg.wa.gov

15

16

17

18

19

20

21

22

STIPULATION AND ORDER OF
DISMISSAL

4

ATTORNEY GENERAL OF WASHINGTON
Torts Division
1116 West Riverside, Suite 100
Spokane, WA 99201-1106
(509) 456-3123