UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| TANNER STREICHER,<br><br>                Plaintiff,<br><br>v.<br><br>EASTERN WASHINGTON UNIVERSITY; THE EASTERNER; MARY CULLIAN, in her official and individual capacity; GAYLA THOMAS, in her official and individual capacity; JOLYNN ROGERS, in her official and individual capacity; JULIE GRIFFIS, in her official and individual capacity; CAREN LINCOLN, in her official and individual capacity; NICOLE RUSE, in her official and individual capacity; NATHAN PETERS, in her official and individual capacity; and GARY GRAHAM, in his official and individual capacity;<br><br>                Defendants. | NO: 2:17-CV-428-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulation and Order of Dismissal with Prejudice, ECF No. 21. Having reviewed the Stipulation and the record, the

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

Court finds good cause to approve dismissal.  Accordingly, **IT IS HEREBY ORDERED**:

1. The parties' Stipulation and Order of Dismissal with Prejudice, **ECF No. 21**, is **APPROVED**.
2. Plaintiff's Complaint is dismissed **with prejudice** and without fees or costs to any party.
3. All pending motions, if any, are **DENIED AS MOOT**.
4. All scheduled court hearings, if any, are **STRICKEN**.
5. The Court retains jurisdiction over the settlement agreement to enforce its terms.

**IT IS SO ORDERED**.  The District Court Clerk is directed to enter this Order, enter judgment of dismissal with prejudice, provide copies to counsel, and **close this case**.

**DATED** February 6, 2019.

        *s/ Rosanna Malouf Peterson*
        ROSANNA MALOUF PETERSON
        United States District Judge